| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>HOLDERMAN, JAMES F | 2. Court or Organization<br><br>U.S. District Court/NDI | 3. Date of Report<br><br>5/14/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,     Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>219 South Dearborn Street<br>Room 2146<br>Chicago, IL. 60604 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Faculty (part-time) | John Marshall Law School |
| 2. Faculty (part-time) | University of Illinois College of Law |
| 3. President (not compensated) ▓▓▓▓-owned farm business | Holderman Farms, Inc., JHR Farms, Inc. |
| 4. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 19 || 20 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | March | University of Illinois College of Law | $4,000.00 |
| 2. | Jan; Aug | John Marshall Law School (part-time teaching) | $12,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Jan-Dec | Winston & Strawn |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | University of Illinois | July 23-27, 2003 – Intellectual Property Law Program in Oxford, England (Transportation, Meals, Room). |
| 2. | ABA's Section of Intellectual Property Law | April 3-4, 2003 - 18th Annual Intellectual Property Law Conference (Transportation, Meals, Room). |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLDERMAN, JAMES F | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE    (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Country Companies Ins. Policies | B | Interest | M | T | | | | | |
| 2. JHR Farms, Inc. (███ farm) | D | Dividend | N | U | | | | | |
| 3. Holderman Farms, Inc. (███ farm) | B | Dividend | M | U | | | | | |
| 4. Edgewood Bank Savings Account | B | Interest | J | T | | | | | |
| 5. First National Bank (LaGrange) | A | Interest | J | T | | | | | |
| 6. Northwestern Mutual Life Insurance Policy | | None | L | T | | | | | |
| 7. Omni Investment Group (a widely diversified mutual fund) | | None | K | T | | | | | |
| 8. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HOLDERMAN, JAMES F | 5/14/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████          Date $5-14-04$

NOTE: A█████VIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544